

# LAW OFFICES OF
# WEINER & WEINER LLC
### COUNSELLORS AT LAW

PAUL I. WEINER*
JOSHUA L. WEINER**

ADMITTED TO PRACTICE:
\* NJ, NY & PA
\*\* NJ & NY

60 WASHINGTON STREET
COURTHOUSE PLAZA
MORRISTOWN, NEW JERSEY 07960

TEL:  973-455-0026
FAX:  973-455-0027

EMAIL:
PIW@WEINERATTORNEY.COM
JLW@WEINERATTORNEY.COM

January 22, 2010

**VIA ELECTRONIC FILING**

Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court
Martin Luther King Building & Courthouse
50 Walnut Street, Room 2060
Newark, NJ 07101

  Re: **Curtis Lee, et al v. County of Passaic, et al**
     **Civil Docket No. 09-cv-5735**

Dear Judge Cox Arleo:

  Kindly be advised that I am in receipt of your correspondence dated January 20, 2010, and would like to update you with answers to the inquiries raised therein.

  On December 29, 2009, I electronically filed an Affidavit of Service indicating proper service of process on both defendants.  I was sometime thereafter contacted by Sandro Polledri, Esq., from the law firm of Genova, Burns & Vernoia, who informed me that he would be representing all defendants in this matter.  He requested an extension of time in which to file an answer or otherwise move, to which I consented and subsequently executed a stipulation memorializing same.

  Upon filing of the Answer, it was my intention to contact Mr. Polledri and schedule a telephone conference for the purpose of agreeing upon a joint discovery plan.  Of course, I do not know whether Mr. Polledri intends on actually filing an answer or instead filing a Rule 12 motion of dismissal.

  I am providing Mr. Polledri with a courtesy copy of this letter as well as a copy of your January 20, 2010 correspondence.

  Should you have any further inquiries or comments please do not hesitate to contact me.

Honorable Madeline Cox Arleo, U.S.M.J.
January 22, 2010
Page 2

    Thank you for your attention regarding this matter.

                                       Very truly yours,

                                       <u>s/ Joshua L. Weiner</u>
                                       Joshua L. Weiner

JLW/dp
cc: Sandro Polledri, Esq. (via electronic mail)

S:\Lee, Curtis\Ltr to Court 01-22-10.doc