UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CURTIS LEE, et al,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE COUNTY OF PASSAIC and ANTHONY DENOVA, in his personal and official capacity,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>09-cv-5735(SDW)<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS, THE COUNTY OF PASSAIC AND ANTHONY DENOVA** |

The undersigned hereby consent to the withdrawal of Genova, Burns & Vernoia as counsel for Defendants, the County of Passaic and Anthony DeNova (collectively referred to as "Defendants") and the substitution of Genova Burns as superseding counsel for Defendants as to all matters relating to the above-captioned litigation.

| | |
|---|---|
| **GENOVA BURNS**<br>494 Broad Street<br>Newark, New Jersey 07102<br>Telephone (973) 533-0777<br><br>*Superseding Attorneys*<br>*For Defendants, County of Passaic and*<br>*Anthony DeNova*<br><br>By: _/s/ Sandro Polledri_<br>　　SANDRO POLLEDRI, ESQ.<br><br>Dated: February 4, 2010 | **GENOVA, BURNS & VERNOIA**<br>494 Broad Street<br>Newark, New Jersey 07102<br>Telephone (973) 533-0777<br><br>*Withdrawing Attorneys*<br>*For Defendants, County of Passaic and*<br>*Anthony DeNova*<br><br>By: _/s/ Sandro Polledri_<br>　　SANDRO POLLEDRI, ESQ.<br><br>Dated: February 4, 2010 |